**BERNHARD, ET, Plaintiffs-Appellees, v IRWIN, Defendant-Appellant.**

Ohio Appeals, Second District, Montgomery County.

No. 1885.   Decided September 12th, 1947.

Otterbein Creagor, Dayton, for defendant-appellant.
Heber S. Leonard, Dayton, for plaintiffs-appellees.

## OPINION

By THE COURT:

Submitted on motion of appellees to dismiss the appeal on questions of law and fact because the judgment appealed from was not entered in a chancery case.

The motion is well taken and will be sustained.   The action below to remove an administrator is statutory.   **Sec. 10506-53 GC.**   The cause therefore proceeded in the trial court as at law.   **Nordin v Colton, 142 Oh St 277.**

It is now determined that the cause may not be tried upon the facts and it will be held as an appeal on questions of law. A Bill of Exceptions having been filed in this court, no order is required with respect thereto.

MILLER and HORNBECK, JJ, concur.
WISEMAN, PJ, not participating.